**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1565**

_____

WILLA A. PEMBLETON,

   Plaintiff - Appellant,

  v.

SECRETARY OF THE AIR FORCE; DR. TROY E. MEINK, SECAF; NAJEE CRAWFORD, Director of Human Resources; COREY DENSON; COMMANDER 20TH FW; COMMANDER 20TH FSS; FRANCIS FAPPIANO; CAPT. AMY A. ALLGOOD; ERICA N. BROWN; JEROME C. BROWN; TANYA WYATT; CMSGT DONALD PEDRO; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES; COMMANDER, 20TH LOGISTICS READINESS SQUADRON,

   Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:22-cv-03989-MGL)

_____

Submitted:  August 21, 2025       Decided:  August 26, 2025

_____

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Willa A. Pembleton, Appellant Pro Se.  Jennifer L. Mallory, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willa A. Pembleton appeals the district court's order adopting the recommendation of the magistrate judge and granting summary judgment in favor of her former employer, the Secretary of the Air Force, in this employment discrimination action. We have reviewed the record and find no reversible error in the district court's determinations that Pembleton failed to exhaust her administrative remedies as to any failure-to-accommodate and termination claims and that her remaining exhausted claims failed to state a prima facie case. Accordingly, we deny Pembleton's pending motions and affirm the district court's order. *Pembleton v. Sec'y of the Air Force*, No. 3:22-cv-03989-MGL (D.S.C. Mar. 19, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*